■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE B. GOMEZ-PEREZ, Appellant. [849 NYS2d 188]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Doyle, J.), imposed November 16, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Goldstein, Dillon and McCarthy, JJ., concur.